UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 16, 2017

MEMO TO COUNSEL RE: Martin Washington v. W. D. Rounds, Jr., et al.
Civil No. JFM-16-320

Dear Counsel:

This will confirm the schedule set during the conference held on May 31, 2017.

| | |
|---|---|
| June 30, 2017 | Deadline for filing amended complaint; Status report due re service of process |
| January 19, 2018 | Discovery deadline |

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge